DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FOX-LAKE WORTH, INC.**, a Florida corporation,
Appellant,

v.

**ANDERSON & CARR, INC.**, a Florida for profit corporation,
Appellee.

No. 4D18-422

[February 7, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Peter D. Blanc, Judge; L.T. Case No. 502012CA018092XXXXMB.

E. Cole FitzGerald, III of E. Cole FitzGerald, III PLLC, West Palm Beach, for appellant.

John P. Joy and Sara M. Sandler of Walton Lantaff Schroeder & Carson LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., CIKLIN and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***